USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/2021

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :  21-CR-603-16
     -against-                       :
                                     :  ORDER
                                     :
Sebastian Telfair                    :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Valerie E. Caproni, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include mental health evaluation/treatment as deemed necessary by Pretrial Services.

Dated: New York, New York
December 20, 2021

                                        SO ORDERED:

                                        _____
                                        Valerie E. Caproni
                                        United States District Judge