UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/13/2022

```
------------------------------------------------------------ X
    UNITED STATES OF AMERICA                        :
                                                    :
            -against-                               :           21-CR-603 (VEC)
                                                    :
                                                    :           ORDER
    SEBASTIAN TELFAIR,                               :
                                                    :
                    Defendant.                       :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 13, 2022, Pre-Trial Services reported that Mr. Telfair has violated the conditions of his bail.

IT IS HEREBY ORDERED that a bail review hearing is scheduled for **Tuesday, June 28, 2022 at 4:00 P.M.** The hearing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Dated: June 13, 2022**
**      New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**