USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/29/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA             :
                                     :
            -against-                :     21-CR-603 (VEC)
                                     :
                                     :     ORDER
SEBASTIAN TELFAIR,                   :
                                     :
                        Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 13, 2022, Pretrial Services reported that Mr. Telfair has violated the conditions of his bail, and;

WHEREAS on June 28, 2022, the parties appeared for a bail modification hearing.

IT IS HEREBY ORDERED that Pretrial Services must make an appointment for Mr. Moon to receive a mental health evaluation to be completed not later than end of day, **Friday, July 1, 2022**.

IT IS FURTHER ORDERED that Mr. Moon must cooperate with Pretrial Services and cooperate with the mental health care professional when he or she is conducting the evaluation;

IT IS FURTHER ORDERED that Pretrial Services must file a letter on ECF by the end of day on **Friday, July 1, 2022** that provides the Court an update on whether Pretrial Services was able to successfully arrange for an evaluation, and if so, whether Mr. Moon successfully completed the evaluation.

IT IS FURTHER ORDERED that if Mr. Moon fails to comply with the terms of this order, the Court will hold a hearing on **Tuesday, July 5, 2022, at 2:00 p.m.,** at which time the Defendant will be ordered to show cause why the Court should not revoke Mr. Moon's pretrial release.

      IT IS FURTHER ORDERED that if Mr. Moon completes the mental health care evaluation as ordered, Pretrial Services shall report to the Court not later than Friday, July 8, 2022, on any recommendation from the health care provider.

**SO ORDERED.**

**Dated: June 29, 2022**
      **New York, NY**

                                                                              **VALERIE CAPRONI**
                                                                              **United States District Judge**