```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA                :
                                            :
        -against-                           :       21-CR-603 (VEC)
                                            :
                                            :       CORRECTED ORDER
    SEBASTIAN TELFAIR,                      :
                                            :
                        Defendant.          :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/29/22

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 13, 2022, Pretrial Services reported that Mr. Telfair has violated the conditions of his bail, and;

WHEREAS on June 28, 2022, the parties appeared for a bail modification hearing.

IT IS HEREBY ORDERED that Pretrial Services must make an appointment for Mr. Telfair to receive a mental health evaluation to be completed not later than end of day, **Friday, July 1, 2022**.

IT IS FURTHER ORDERED that Mr. Telfair must cooperate with Pretrial Services and cooperate with the mental health care professional when he or she is conducting the evaluation;

IT IS FURTHER ORDERED that Pretrial Services must file a letter on ECF by the end of day on **Friday, July 1, 2022** that provides the Court an update on whether Pretrial Services was able to successfully arrange for an evaluation, and if so, whether Mr. Telfair successfully completed the evaluation.

IT IS FURTHER ORDERED that if Mr. Telfair fails to comply with the terms of this order, the Court will hold a hearing on **Tuesday, July 5, 2022, at 2:00 p.m.,** at which time the Defendant will be ordered to show cause why the Court should not revoke Mr. Telfair's pretrial release.

IT IS FURTHER ORDERED that if Mr. Telfair completes the mental health care evaluation as ordered, Pretrial Services shall report to the Court not later than **Friday, July 8, 2022**, on any recommendation from the health care provider.

**SO ORDERED.**

**Dated: June 29, 2022**
　　　**New York, NY**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**