UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/01/2022
```

------------------------------------------------------------ X

UNITED STATES OF AMERICA                      :
                                              :
                  -against-                   :           21-CR-603 (VEC)
                                              :
                                              :              ORDER
SEBASTIAN TELFAIR,                            :
                                              :
                              Defendant.      :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 29, 2022, this Court ordered Mr. Sebastian Telfair to receive a

mental health evaluation arranged by Pretrial Services to be completed not later than end of day,

Friday, July 1, 2022;

WHEREAS this Court further ordered Mr. Telfair to appear before this Court on

Tuesday, July 5, 2022 at 2:00 p.m. if he refused to cooperate with Pretrial Services and the

evaluating mental health care professional; and

WHEREAS on Friday, July 1, 2022, this Court was informed that Mr. Telfair received

the mental health evaluation and cooperated with the evaluating mental health care professional.

IT IS HEREBY ORDERED that the hearing scheduled for Tuesday, July 5, 2022 at 2:00

p.m. is hereby canceled.

**SO ORDERED.**

**Dated: July 1, 2022**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**