```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/05/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA          :
                                  :
     -against-                    :     21-CR-603 (VEC)
                                  :
                                  :     ORDER
SEBASTIAN TELFAIR,                :
                                  :
                    Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the conditions of Sebastian Telfair's bail include that he undergo mental health evaluation and treatment as deemed necessary by Pretrial Services, *see* Order, Dkt. 179; and

WHEREAS Mr. Telfair completed a court-ordered mental health evaluation on July 1, 2022.

IT IS HEREBY ORDERED that the parties are ordered to appear before the Court on **Wednesday, August 24, 2022, at 2:00 p.m.** for a status conference to discuss Mr. Telfair's compliance with the mental health treatment requirement imposed as a condition of his pretrial release.

**SO ORDERED**

Date: August 5, 2022
      New York, New York

*[signature: Valerie Caproni]*

**VALERIE CAPRONI**
**United States District Judge**