USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

SEBASTIAN TELFAIR,

                        Defendant.

------------------------------------------------------------ X

21-CR-603 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the conditions of Sebastian Telfair's bail include that he undergo mental health evaluation and treatment as deemed necessary by Pretrial Services, *see* Order, Dkt. 179; and

WHEREAS the parties appeared before the Court on Monday, August 29, 2022, for a status conference to discuss Mr. Telfair's compliance with the mental health treatment requirement imposed as a condition of his pretrial release, at which time Mr. Telfair stated that he was prepared to participate in mental health treatment.

IT IS HEREBY ORDERED that by no later than **Monday, November 7, 2022**, Pretrial Services must submit a status report to the Court regarding Mr. Telfair's compliance with mental health treatment, including an evaluation from Mr. Telfair's therapist, to CaproniNYSDChambers@nysd.uscourts.gov, copying the Defendant and the Government.

**SO ORDERED**

Date: **August 29, 2022**
     **New York, New York**

                                                       **VALERIE CAPRONI**
                                                      **United States District Judge**