UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/01/2023
```

-------------------------------------------------------- X

UNITED STATES OF AMERICA                  :
                                          :
           -against-                      :        21-CR-603 (VEC)
                                          :
                                          :            ORDER
SEBASTIAN TELFAIR,                        :
                                          :
                        Defendant.        :
-------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 1, 2023, Pre-Trial Services reported that Mr. Telfair has

violated the conditions of pretrial release.

IT IS HEREBY ORDERED that a bail review hearing is scheduled for **Friday, February

17, 2023 at 11:30 A.M.**  The hearing will be held in Courtroom 443 of the Thurgood Marshall

United States Courthouse, located at 40 Foley Square, New York, New York 10007.


**SO ORDERED.**


**Date:  February 1, 2023**                    **VALERIE CAPRONI**
       **New York, New York**                 **United States District Judge**