USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/23/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

    -against-

SEBASTIAN TELFAIR,

                        Defendant.

------------------------------------------------------------ X

21-CR-603 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 23, 2023, the parties requested that the Court schedule a change of plea hearing in this matter.

IT IS HEREBY ORDERED that Mr. Telfair's change of plea hearing will be held on **Wednesday, March 15, 2023, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED**

Date: February 23, 2023
New York, New York

                                              **VALERIE CAPRONI**
                                              **United States District Judge**