USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA              :
                                      :
        -against-                     :         21-CR-603 (VEC)
                                      :
SEBASTIAN TELFAIR,                    :         ORDER
                                      :
                    Defendant.        :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 15, 2023, the parties appeared for a change of plea hearing; and

WHEREAS Mr. Telfair entered a plea of guilty to Count 1 of the Superseding Indictment (S7), which was accepted by the Court.

IT IS HEREBY ORDERED that Mr. Telfair will be sentenced on **Tuesday, August 1, 2023, at 11:00 A.M.**  Pre-sentencing submissions are due no later than **July 18, 2023**.  The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED**

Date:  March 15, 2023                                _____
       New York, New York                            VALERIE CAPRONI
                                                     United States District Judge