**MOSKOWITZ COLSON
GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455

www.mcgsllp.com

June 26, 2023

Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10004

Re:   *United States v. Sebastian Telfair*, 21 Cr. 603 (VEC)

Dear Judge Caproni:

Mr. Telfair has pleaded guilty to conspiracy to commit wire fraud. I write with the consent of the government to respectfully request a ten-week adjournment of his sentencing hearing, currently set for August 1, 2023. This is my first request for an adjournment. Mr. Telfair has appealed his 2017 state conviction for criminal possession of a weapon to the New York Court of Appeals, and the outcome of the appeal could materially affect his sentence in this matter. Probation assigns Mr. Telfair three criminal history points for his state conviction, which places him in Criminal History Category II. But if the conviction is overturned, he will move to Criminal History Category I. Mr. Telfair's appellate lawyer informs me that a decision in the case is not expected until the fall. Accordingly, a sentencing adjournment is necessary to enable Mr. Telfair to reap the potential benefits of his appeal.

Thank you for your consideration.

Respectfully submitted,

/s/

Deborah Colson
(917) 543-6490 (cell)

cc:   AUSA Ryan Finkel
      AUSA Daniel Nessim