USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA            :
                                    :
    -against-                       :       21-CR-603 (VEC)
                                    :
                                    :       ORDER
SEBASTIAN TELFAIR,                  :
                                    :
                    Defendant.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the sentencing hearing in this matter is currently scheduled for Friday, November 3, 2023; and

WHEREAS this time is no longer convenient for the Court.

IT IS HEREBY ORDERED that Mr. Telfair will be sentenced on **Friday, January 26, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. The parties' sentencing submissions are due on **January 12, 2024.**

**SO ORDERED.**

Date: **September 22, 2023**                    _____
      **New York, New York**                    **VALERIE CAPRONI**
                                                **United States District Judge**