UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
  UNITED STATES OF AMERICA       :

       -against-                  :      21-CR-603 (VEC)

                                 :      <u>ORDER</u>

  SEBASTIAN TELFAIR,               :

                   Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 4, 2024, the Court received a report from Probation detailing alleged violations of the terms of Mr. Telfair's supervised release.

      IT IS HEREBY ORDERED that the parties must appear for a conference on **Wednesday, November 20, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Dated: November 12, 2024
       New York, NY

                                                               _____
                                                                **VALERIE CAPRONI**
                                                               **United States District Judge**