UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
  UNITED STATES OF AMERICA         :
                                                   :
       -against-                     :      21-CR-603 (VEC)
                                                 :
                                               :      <u>ORDER</u>
  SEBASTIAN TELFAIR,                 :
                                               :
                         Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the parties appeared before the Court for a conference on November 20, 2024.

       IT IS HEREBY ORDERED that the parties must appear for a conference on **Wednesday, February 19, 2025, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Dated: November 21, 2024
       New York, NY

                                                             **VALERIE CAPRONI**
                                                      **United States District Judge**