UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA           :

        -against-                      :        21-CR-603 (VEC)

                                        :        <u>ORDER</u>
   SEBASTIAN TELFAIR,                  :

                   Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the February 19, 2025, conference will take place in Judge Caproni's new courtroom: Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Dated: February 12, 2025**
      **New York, NY**

                                                                 _____
                                                                   **VALERIE CAPRONI**
                                                                     **United States District Judge**