UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA        :

           -against-                     :        21-CR-603 (VEC)

                                         :        <u>ORDER</u>

   SEBASTIAN TELFAIR,                  :

                            Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties appeared before the Court for a conference on February 19, 2025.

      IT IS HEREBY ORDERED that Probation is directed to provide an updated report on Mr. Telfair's compliance with all requirements of supervised release not later than **Wednesday, March 19, 2025**.

**SO ORDERED.**

Dated: **February 20, 2025**
       New York, NY

                                                         _____
                                                         **VALERIE CAPRONI**
                                                         **United States District Judge**