UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA         :

        -against-                         :        21-CR-603 (VEC)

                                        :        <u>ORDER</u>
   SEBASTIAN TELFAIR,               :

                       Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on March 21, 2025, Probation provided a status update in this case.

      IT IS HEREBY ORDERED that the parties and Probation must appear for a conference on **Friday, March 28, 2025, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Dated: March 25, 2025**
       **New York, NY**

                                                              **VALERIE CAPRONI**
                                                           **United States District Judge**