UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   UNITED STATES OF AMERICA          :

        -against-               :        21-CR-603 (VEC)

                                 :        <u>ORDER</u>
   SEBASTIAN TELFAIR,               :

              Defendant.      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the parties appeared before the Court for a conference on March 28, 2025.

      IT IS HEREBY ORDERED that, not later than **Friday, April 18, 2025**, Mr. Telfair must (i) enroll in, and attend the first session of, the one-on-one financial management course that Probation has identified in the Eastern District of New York; (ii) provide to Probation proof that he has completed a substantial number of community service hours since he began his term of supervised release; and (iii) make at least one restitution payment.  Not later than **Thursday, April 24, 2025**, Probation must submit a report to the Court indicating whether Mr. Telfair has complied with these requirements.

      IT IS FURTHER ORDERED that, not later than **Friday, May 16, 2025**, Mr. Telfair must secure full-time employment.  If Mr. Telfair fails to secure employment by such date, he must provide Probation with evidence of substantial good faith efforts to do so.  Not later than **Thursday, May 22, 2025**, Probation must submit a report to the Court indicating whether Mr. Telfair has complied with this requirement.

      IT IS FURTHER ORDERED that Mr. Telfair must attend all scheduled meetings with Probation.  If Mr. Telfair fails to attend any such meeting, Probation must promptly notify the Court.

The Court will promptly schedule a revocation hearing if Mr. Telfair fails to comply with any of the above-listed conditions.

**SO ORDERED.**

**Dated: March 28, 2025**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**