UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
    UNITED STATES OF AMERICA                                 :
                                                             :
          -against-                                          :      21-CR-603 (VEC)
                                                             :
                                                             :           ORDER
    SEBASTIAN TELFAIR,                                       :
                                                             :
                              Defendant.                     :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 22, 2025, Probation submitted an updated report on the status of Mr. Telfair's compliance with the terms of supervised release.

IT IS HEREBY ORDERED that the parties and Probation must appear for a conference on **Wednesday, June 18, 2025, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. At the conference, the parties should be prepared to set a date for a revocation hearing on the November 4, 2024, VOSR report and any other reports that have been or will be submitted by the date of the conference.

SO ORDERED.

**Dated: May 22, 2025**
      **New York, NY**

_____
    **VALERIE CAPRONI**
    **United States District Judge**