UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
UNITED STATES OF AMERICA                :
                                        :
    -against-                           :    21-CR-603 (VEC)
                                        :
                                        :    ORDER
SEBASTIAN TELFAIR,                      :
                                        :
                      Defendant.          :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    IT IS HEREBY ORDERED that the parties and Probation must appear for a hearing on the November 4, 2024, VOSR petition on **Thursday, June 26, 2025, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007. If the Court finds that Mr. Telfair violated the terms of supervised release, the parties should be prepared to proceed directly to sentencing.

    IT IS FURTHER ORDERED that Probation must provide an update to the Court not later than **June 24, 2025**, addressing: (a) the number of verifiable community service hours Defendant has performed since the beginning of supervision and since March 28, 2025; (b) whether, and if so when, Defendant attended financial literacy classes as directed on March 28, 2025; (c) whether Defendant has verifiable, on-the-books employment, and, if not, what evidence he has provided Probation since March 28, 2025, demonstrating a good faith effort to become employed; and (d) the dates and amounts of payments by Defendant to satisfy the special assessment and restitution obligations imposed upon him at the time he was sentenced.

**SO ORDERED**

Date: June 18, 2025
       New York, New York

                                                   **VALERIE CAPRONI**
                                             **United States District Judge**