USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/20/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,　　　　　　：　　**ORDER**

　　　　- v. -　　　　　　　　　　　　：

SEBASTIAN TELFAIR,　　　　　　　　　：　　No. 21 Cr. 603 (VEC)

　　　　　　　Defendant.　　　　　　　：
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, reported violations of the conditions of supervised release by the defendant, Sebastian Telfair, is currently pending before this Court;

AND WHEREAS, the Government has requested access to the case file maintained by the U.S. Probation Office for this District and for the Eastern District of New York for the defendant, Sebastian Telfair, including records of communications and supervising activity and all internal chronologies covering the period of Probation's supervision of the defendant, so as to prepare for a supervised release hearing scheduled for June 26, 2025 with the Government's obligations pursuant to the Federal Rules of Criminal Procedure; and *Brady v. Maryland*, 373 U.S. 83 (1963), *United States v. Giglio*, 405 U.S. 763 (1972), and their progeny;

IT IS HEREBY ORDERED that the U.S. Probation Office for this District and the Eastern District of New York provide a copy of the case file maintained for the defendant, Sebastian Telfair, including records of communications and supervising activity and all internal chronologies to Assistant United States Attorneys Daniel Nessim and Ryan Finkel, for their review.

SO ORDERED:

_____
Hon. Valerie E. Caproni, U.S.D.J.
June 20, 2025